DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IHAB ATALLAH** and **JESSICA ATALLAH,**
Appellants,

v.

**FIDELITY NATIONAL TITLE INSURANCE COMPANY,**
Appellee.

No. 4D2023-1708

[July 11, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE20-004651.

David W. Langley of David W. Langley, P.A., Plantation, for appellants.

Michele A. Cavallaro of Fidelity National Law Group, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and ARTAU, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***